# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                    Magistrate No.___22-1086_____

       v.

CURTIS WHITE

    The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

    IT IS on this ___5th_____ day of _____May_____, 2022

    ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.


           /s/ Matthew J. Skahill_____

           HONORABLE MATTHEW J. SKAHILL
           UNITED STATES MAGISTRATE JUDGE