UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE NO. 22-1086 |
| V. | CRIMINAL ACTION |
| Curtis White | ORDER FOR CONTINUANCE PRETRIAL DIVERSION PROGRAM |

This matter having been opened to the Court by,_____, attorney for defendant, for an Order granting a continuance of the above-captioned proceeding to allow the United States to properly review and process the defendant's application for the Pretrial Diversion Program, and the Special Assistant United States Attorney, having consented to the form and entry of this Order, and for good and sufficient cause shown.

It is on this __5th__ day of __May__, 2022

ORDERED that this action is continued to __June 2, 2022__ for the following reasons:

1. Defendant is currently under consideration for the Pretrial Diversion Program and time is necessary for the review and processing of his/her application;

2. Pursuant to 18 U.S.C. 3161(h)(8), (7) MT, the end of justice served by granting the continuance outweigh the best interest of the public and the defendant in a Speedy Trial.

IT IS FURTHER ORDERED that the period between the date of this Order and the continued date shall be excludable in computing time under the Speedy Trial Act of 1974.

CONSENT:

/s/ Curtis White
Defendant

/s/ Benjamin West
Defense Counsel

/s/ Luke Wilson
Special Assistant U.S. Attorney

_____
MATTHEW SKAHILL
U.S. MAGISTRATE

May 5, 2022
Date

As further articulated on the record, if the defendant is not accepted into the program, this continuance will be through the next court appearance in this matter.

If accepted into the program, the continuance will apply through the successful completion of the program, as the ends of justice served outweigh the best interest of the public and the defendant in a Speedy Trial.